STANISLAWA KONAZEWSKA, APPELLANT, v. ERIE RAILROAD COMPANY, RESPONDENT.

Argued October 16, 1945—Decided January 3, 1946.

For the appellant, *Sallie Donarovich Dixon* (*Elsie L. White,* of counsel).

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 13.

*For reversal*—None.